Andrea Darrow Smith, Esq. (SBN: 265237)
andrea@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
4129 Main Street, Suite B8
Riverside, CA 92501
Telephone: (951) 784-7770
Facsimile: (619) 297-1022

Attorneys for Marc Uribe

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| **Marc S. Uribe,**<br><br>                           Plaintiff,<br><br>v.<br><br>**Legal Recovery Law Offices, Inc.,**<br><br>                           Defendants. | Case No.: 3:11-CV-01157 BEN (WMc)<br><br>**NOTICE OF SETTLEMENT** |
|---|---|

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety. The Parties anticipate filing a Joint Motion for dismissal of this action in its entirety with prejudice within 30 days. Plaintiff request that all pending dates and filing requirements be vacated and that the Court set a deadline on or after March 29, 2012 for filing a joint dismissal.

Respectfully submitted,

                                          **HYDE & SWIGART**

Date: February 28, 2012                                By: /s/ Andrea Darrow Smith