FILED

2012 APR -3 AM 10: 16

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC URIBE,<br><br>                              Plaintiff,<br>vs.<br>LEGAL RECOVERY LAW OFFICES, INC.,<br><br>                              Defendant. | CASE NO. 11-cv-1157 – BEN (WMC)<br><br>GRANTING JOINT MOTION TO DISMISS, [Doc. No. 13]. |

Currently before the Court is the parties' joint motion to dismiss this action with prejudice. Having considered the joint motion, and GOOD CAUSE appearing, the Court hereby **GRANTS** the joint motion. This action is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Date: April __2__, 2012

Honorable Roger T. Benitez
United States District Judge